# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DAVID RUSSELL POSEY,

    Plaintiff,

v.                                                                      CASE NO. 3:19cv4958/MCR/EMT

DONNA MARIE MAW, et al.,

    Defendants.
_____/

## **O R D E R**

The chief magistrate judge issued a Report and Recommendation on July 16, 2020. ECF No. 29. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). On July 28, 2020, Plaintiff timely filed objections to the Report and Recommendation. ECF No. 30. I have made a *de novo* determination of Plaintiff's objections.

Having considered the Report and Recommendation, and Plaintiff's objections, I have determined the Report and Recommendation should be adopted.

Case No. 3:19cv4958/MCR/EMT

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation, ECF No. 29, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 14th day of August 2020.

　　　　　　　　　　　　　　　　s/ *M. Casey Rodgers*
　　　　　　　　　　　　　　　**M. CASEY RODGERS**
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**